Argued and submitted March 3, review dismissed as improvidently allowed
March 25, 1993

Leonard DAVENPORT
and Katie Davenport,
husband and wife,
*Respondents on Review,*

*v.*

Matthew GRUBER
and Alice Gruber,
husband and wife,
*Petitioners on Review.*

(CC 88-3702; CA A61071; SC S39240)

847 P2d 408

Nancy G. Neslund, of Neslund and Neslund, Salem, argued the cause for petitioners on review. With her on the petition were Clayton C. Patrick and William D. Brandt, Salem. Also on the reply brief was Callaghan, Neslund, Neslund & Wilkes, Salem.

Michael J. Bandonis, of Minor & Boone, P.C., Newport, filed the response and argued the cause for respondents on review.

David B. Williams, Lane County Office of Legal Counsel, Eugene, filed a brief in behalf of *amicus curiae* Association of Oregon Counties.

Before Peterson, Presiding Justice, and Gillette, Van Hoomissen, Fadeley, Unis, and Graber, Justices.

MEMORANDUM OPINION

